**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6544**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BROOKS JAMES TERRELL,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior District Judge.  (7:99-cr-00610-HMH-1)

Submitted:  April 10, 2026                                    Decided:  May 29, 2026

Before WILKINSON and NIEMEYER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brooks James Terrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brooks James Terrell appeals the district court's order denying his motion for a sentence reduction or compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See United States v. Terrell,* No. 7:99-cr-00610-HMH-1 (D.S.C. June 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*